IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 11-cv-00490-REB-BNB

DARRELL HAVENS,

Plaintiff,

v.

DETECTIVE WILLIAM JOHNSON, individually and in his capacity as a paid peace officer and
as an employee and/or agent of the Arvada Police Department and the City of Arvada;
DETECTIVE MARKS MANTYCH, individually and in his capacity as a paid peace officer and
as an employee and/or agent of the Arvada Police Department and the City of Arvada;
DETECTIVE BICKMORE, individually and in his capacity as a paid peace officer and as an
employee and/or agent of the Arvada Police Department and the City of Arvada;
DETECTIVE R.J. VANDER VEEN, individually and in his capacity as a paid peace officer and
as an employee and/or agent of the Arvada Police Department and the City of Arvada;
DETECTIVE ROEMER, individually and in his capacity as a paid peace officer and as an
employee and/or agent of the Arvada Police Department and the City of Arvada;
DETECTIVE IAN KILDOW, individually and in his capacity as a paid peace officer and as an
employee and/or agent of the Arvada Police Department and the City of Arvada;
DETECTIVE MILES HEIVILIN, individually and in his capacity as a paid peace officer and as
an employee and/or agent of the Arvada Police Department and the City of Arvada;
DETECTIVE MARK GRUEBER, individually and in his capacity as a paid peace officer and as
an employee and/or agent of the Arvada Police Department and the City of Arvada;
SGT. LINK STRATE, individually and in his capacity as a paid peace officer and as an
employee and/or agent of the Arvada Police Department and the City of Arvada;
SGT. ERIC STRASHEIM, individually and in his capacity as a paid peace officer and as an
employee and/or agent of the Arvada Police Department and the City of Arvada;
ARVADA POLICE CHIEF DON WICK, individually and in his capacity as a paid peace officer
and as an employee and/or agent of the Arvada Police Department and the City of Arvada;
ARVADA POLICE DEPARTMENT, in its capacity as an agent and/or independent contractor
of the City of Arvada;
THE CITY OF ARVADA, as the employer of Detective William Johnson, Detective Mark
Mantych, Detective C.J. Bickmore, Detective R.J. Vander Veen, Detective Roemer, Detective
Ian Kildow, Detective Miles Heivilin, Detective Mark Grueber, Sgt. Link Strate, Sgt. Eric
Strasheim, Arvada Police Chief Don Wick and the Arvada Police Department;
THE DEFENDANT LAW ENFORCEMENT OFFICERS WHOSE NAMES ARE UNKNOWN
BUT WHO ARE IDENTIFIED IN THE ATTACHED POLICE PHOTOGRAPHS AT
EXHIBITS "A" through "D" INCLUDING PHOTOS AT DSC-6233, DSC-6234, DSC-6252,
DSC-6264, DSC-6280, DSC-6303, DSC-6314, DSC-6326, DSC-6338, DSC-6360, DSC-6371,
DSC-6442, DSC-6474;
DETECTIVE ROBERT WILSON, individually and in his capacity as a paid peace officer and as

an employee and/or agent of the Denver Police Department and the City and County of Denver;
THE DENVER POLICE DEPARTMENT, in its capacity as an agent and/or independent
contractor of the City and County of Denver;
THE CITY AND COUNTY OF DENVER, in its capacity as a governmental entity and as the
employer of Detective Robert Wilson;
INVESTIGATOR BILLY MAYFIELD, of the Colorado State Patrol, individually and in his
capacity as a paid peace officer and as employee and/or agent of the State of Colorado;
INVESTIGATOR ZACH MURRAY, of the Colorado State Patrol, individually and in his
capacity as a paid peace officer and as employee and/or agent of the State of Colorado;
INVESTIGATOR SCOTT BEAUVAIS, of the Colorado State Patrol, individually and in his
capacity as a paid peace officer and as employee and/or agent of the State of Colorado;
INVESTIGATOR KELLY PICKERING, of the Colorado State Patrol, individually and in his
capacity as a paid peace officer and as employee and/or agent of the State of Colorado, and as an
agent of the Drug Enforcement Agency;
COLORADO STATE PARKS, in its capacity as a law enforcement agency of the State of
Colorado;
INVESTIGATOR WILLIAM BRIAN SANDY, individually and in his capacity as a paid peace
officer and as an employee and/or agent of the Colorado State Parks and the State of Colorado;
COLORADO STATE PARKS in its capacity as an agent of the State of Colorado;
STATE OF COLORADO, in its capacity as a governmental entity; as the employer of
Investigator Billy Mayfield, Investigator Zach Murray, Investigator Scott Beauvais, Investigator
Kelly Pickering, and Investigator William Brian Sandy, and in its capacity as an insured under
mandatory liability insurance issued pursuant to Colorado law;
DETECTIVE TODD PACHELLO, individually and in his capacity as a paid peace officer and
as an employee and/or agent of the Lone Tree Police Department and the City of Lone Tree;
DETECTIVE TIM BEALS, individually and in his capacity as a paid peace officer and as an
employee and/or agent of the Lone Tree Police Department and the City of Lone Tree;
LONE TREE POLICE DEPARTMENT, in its capacity as an agent and/or independent
contractor of the City of Lone Tree;
CITY OF LONE TREE, in its capacity as a governmental entity and as employer of Detective
Todd Pachello and Detective Tim Beals;
DETECTIVE RICARDO HERNANDEZ, individually and in his capacity as a paid peace officer
and as an employee and/or agent of the Mountain View Police Department and the City of
Mountain View;
MOUNTAIN VIEW POLICE DEPARTMENT, in its capacity as an agent and/or independent
contractor of the City of Mountain View;
CITY OF MOUNTAIN VIEW, in its capacity as a governmental entity and employer of
Detective Ricardo Hernandez;
SPECIAL AGENT MARK LEE, individually and in his capacity as a paid Special Agent and as
an employee and/or agent of the United States Drug Enforcement Agency, the Arvada Police
Department, and the City of Arvada;
ROBERTO RAMIREZ, in his individual capacity and in his official capacity as the Arvada City
Attorney and employee and or agent of the City of Arvada;
DAVID MICHAUD, individually and in his official capacity as Chairman of the Colorado Board

2

of Parole and as an employee of the State of Colorado;

BECKY R. LUCERO, individually and in her official capacity as Chairman of the Colorado Board of Parole and as an employee of the State of Colorado;

MICHAEL E. ANDERSON, individually and in his official capacity as Vice-Chair of the Colorado Board of Parole and as an employee of the State of Colorado;

DEBORAH C. ALLEN, individually and in her capacity as board member of the Colorado Board of Parole and as an employee of the State of Colorado;

MICKEY HECKENBACH, individually and in her capacity as board member of the Colorado Board of Parole and as an employee of the State of Colorado;

REBECCA L. OAKES, individually and in her capacity as board member of the Colorado Board of Parole and as an employee of the State of Colorado;

JOHN M. O'DELL, individually and in his capacity as board member of the Colorado Board of Parole and as an employee of the State of Colorado;

CELESTE M. QUINONES, individually and in her capacity as board member of the Colorado Board of Parole and as an employee of the State of Colorado;

Colorado Board of Parole;

COLORADO BOARD OF PAROLE, as an agent of the State of Colorado;

STATE OF COLORADO;

THE UNITED STATES DRUG ENFORCEMENT AGENCY;

THE UNITED STATES OF AMERICA; and

JOHN DOES 1-20, whose names and identities are unknown, individually and in their capacity as governmental officers or employees; peace officers; and/or agents of the Arvada Police Department and/or the City of Arvada and/or the State of Colorado and/or the United States of America,

Defendants.

---

## ORDER

This matter arises on the following:

(1)     Plaintiff's **Motion to Amend Complaint** [Doc. # 119, filed 5/27/2011] (the "Motion to Amend");

(2)     **[Arvada Defendants] Motion to Stay Proceedings Pending Determination of Entitlement to Qualified Immunity** [Doc. # 83, filed 4/25/2011] ("Arvada's Motion to Stay");

(3)     **The State of Colorado's Motion for Protective Order and to Stay Discovery Pursuant to Fed. R. Civ. P. 26(c)(1)** [Doc. # 85, filed 4/26/2011] ("Colorado's Motion to

Stay"); and

(4)     **Defendant Timothy Beals's Motion to Stay Discovery** [Doc. # 97, filed

5/2/2011] ("Beals' Motion to Stay").

I held a hearing on the motions this afternoon and made rulings on the record, which are

incorporated here.  In summary and for the reasons stated on the record,

IT IS ORDERED:

(1)     The Motion to Amend [Doc. # 119] is GRANTED.  The Clerk of the Court is

directed to accept for filing the Second Amended Complaint and Jury Demand [Doc. # 119-1].

(2)     In view of my order allowing the plaintiff to amend his complaint, the following

motions to dismiss are DENIED WITHOUT PREJUDICE:

(a)     State of Colorado's Motion to Dismiss [Doc. # 70];

(b)     Arvada Defendants' Motion to Dismiss [Doc. # 74];

(c)     Lone Tree Defendants' Motion to Dismiss [Doc. # 87];

(d)     United States' Motion to Dismiss [Doc. # 88];

(e)     Beals's Motion to Dismiss [Doc. # 96];

(f)     Denver Defendants' Motion to Dismiss [Doc. # 98];

(g)     Mountain View Defendants' Motion to Dismiss [Doc. # 104]; and

(h)     DEA Defendants' Motion to Dismiss [Doc. # 140].

(3)     The defendants who have appeared may have to and including July 11, 2011,

within which to answer or otherwise respond to the Second Amended Complaint.

(4)      Arvada's Motion to Stay [Doc. # 83]; Colorado's Motion to Stay [Doc. # 85];

and Beals' Motion to Stay [Doc. # 97] are GRANTED.  Discovery is STAYED pending a

determination of the defendants' anticipated motions to dismiss, which are anticipated to raise issues of qualified immunity, Eleventh Amendment immunity, and sovereign immunity.

(5)     Within ten days of any ruling by the district judge resolving motions to dismiss, the parties shall file a status report notifying me of the ruling, its impact on the case, and whether a scheduling conference should be set.

Dated June 24, 2011.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge