**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00490-REB-BNB

DARRELL HAVENS,

    Plaintiff,
v.

DETECTIVE WILLIAM JOHNSON, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Arvada Police Department and the City of Arvada;

DETECTIVE MARK MANTYCH, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Arvada Police Department and the City of Arvada;

DETECTIVE C.J. BICKMORE, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Arvada Police Department and the City of Arvada;

DETECTIVE R.J. VANDER VEEN, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Arvada Police Department and the City of Arvada;

DETECTIVE MIKE ROEMER, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Arvada Police Department and the City of Arvada;

DETECTIVE IAN KILDOW, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Arvada Police Department and the City of Arvada;

DETECTIVE MILES HEIVILIN, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Arvada Police Department and the City of Arvada;

DETECTIVE MARK GRUEBER, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Arvada Police Department and the City of Arvada;

SGT. LINK STRATE, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Arvada Police Department and the City of Arvada;

SGT. ERIC STRASHEIM, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Arvada Police Department and the City of Arvada;

ARVADA POLICE CHIEF DON WICK, individually and in his capacity as a paid peace officer supervisor of Detective William Johnson, Detective Mark Mantych, Detective C.J. Bickmore, Detective R.J. Vander Veen, Detective Roemer, Detective Ian Kildow, Detective Miles Heivilin, Detective Mark Grueber, Sgt. Link Strate, Sgt. Eric Strasheim; and as an employee and/or agent and/or chief of the Arvada Police Department and the City of Arvada and/or agent of the Denver Metro Auto Theft Team;

ROBERTO RAMIREZ, in his individual capacity and in his official capacity as the Arvada City Attorney and employee and or agent of the Arvada Police Department and/or the City of Arvada and/or the Denver Metro Auto Theft Team;

ARVADA POLICE DEPARTMENT, in its capacity as an employer and/or supervisor of Detective William Johnson, Detective Mark Mantych, Detective C.J. Bickmore, Detective R.J. Vander Veen, Detective Roemer, Detective Ian Kildow, Detective Miles Heivilin, Detective Mark Grueber, Sgt. Link Strate, Sgt. Eric Strasheim, Arvada Police Chief Don Wick; as agent and/or independent contractor of the City of Arvada and/or as Agent and as employer/ and or agent of the Denver Metro Auto Theft Team;

THE CITY OF ARVADA, in its capacity as a governmental entity and as the employer/principal of Detective William Johnson, Detective Mark Mantych, Detective C.J. Bickmore, Detective R.J. Vander Veen, Detective Roemer, Detective Ian Kildow, Detective Miles Heivilin, Detective Mark Grueber, Sgt. Link Strate, Sgt. Eric Strasheim, Arvada Police Chief Don Wick; as agent and/or independent contractor of the City of Arvada and/or as Agent and as employer/ and or agent of the Denver Metro Auto Theft Team;

THE DEFENDANT LAW ENFORCEMENT OFFICERS WHOSE NAMES ARE UNKNOWN BUT WHO ARE IDENTIFIED IN THE ATTACHED POLICE PHOTOGRAPHS AT EXHIBITS "A" through "D" INCLUDING PHOTOS AT DSC-6233, DSC-6234, DSC-6252, DSC-6264, DSC-6280, DSC-6303, DSC-6314, DSC-6326, DSC-6338, DSC-6360, DSC-6371, DSC-6442, DSC-6474;

DETECTIVE ROBERT WILSON, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Denver Police Department and the City and County of Denver, and/or as an agent of the U.S. Drug Enforcement Administration and/or as an agent of the Arvada Police Department and the City of Arvada and/or as Agent of the Denver Auto Theft Team;

THE DENVER POLICE DEPARTMENT, in its capacity as an agent and/or independent contractor of the City and County of Denver; in its capacity as a governmental entity; the employer and/or supervisor of Detective Robert Wilson; as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer and/or agent of the Denver Metro Auto Theft Team;

THE CITY AND COUNTY OF DENVER, in its capacity as a governmental entity and as

the employer of Detective Robert Wilson and the Denver Police Department; as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

INVESTIGATOR BILLY MAYFIELD, of the Colorado State Patrol, individually and in his capacity as a paid peace officer and as employee and/or agent of the Colorado State Patrol and the State of Colorado; as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

INVESTIGATOR ZACH MURRAY, of the Colorado State Patrol, individually and in his capacity as a paid peace officer and as employee and/or agent of the Colorado State Patrol and the State of Colorado; as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

INVESTIGATOR SCOTT BEAUVAIS, of the Colorado State Patrol, individually and in his capacity as a paid peace officer and as employee and/or agent of the Colorado State Patrol and the State of Colorado; as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

INVESTIGATOR KELLY PICKERING, of the Colorado State Patrol, individually and in his capacity as a paid peace officer and as employee and/or agent of the Colorado State Patrol and the State of Colorado, and/or as an agent of the Drug Enforcement Administration; as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

COLORADO STATE PATROL, in its capacity as a law enforcement agency of State of Colorado and /or the employer supervisor of Investigator Billy Mayfield, Investigator Zach Murray, Investigator Scott Beauvais, Investigator Kelly Pickering; and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

INVESTIGATOR WILLIAM BRIAN SANDY, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Colorado State Parks and the State of Colorado; and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

COLORADO STATE PARKS in its capacity as an agent of the State of Colorado; an/or as the employer and/or supervisor of William Brian Sandy and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

DETECTIVE TODD PACHELLO, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Lone Tree Police Department and the City of Lone Tree; and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

DETECTIVE TIM BEALS, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Lone Tree Police Department and the City of Lone Tree; and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

LONE TREE POLICE DEPARTMENT, in its capacity as an agent and/or independent contractor of the City of Lone Tree; and/or as the employer and/or supervisor of Todd Pachello and Timothy Beals; and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

CITY OF LONE TREE, in its capacity as a governmental entity and as employer and/or supervisor of the Lone Tree Police Department, Todd Pachello and Timothy Beals; and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

DETECTIVE RICARDO HERNANDEZ, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Mountain View Police Department and the City of Mountain View and the U.S. Drug Enforcement Agency; and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

MOUNTAIN VIEW POLICE DEPARTMENT, in its capacity as an agent and/or independent contractor of the City of Mountain View; and/or as the employer and/or supervisor of Ricardo Hernandez; and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

CITY OF MOUNTAIN VIEW, in its capacity as a governmental entity and/or employer and/or supervisor of the Mountain View Police Department, and Detective Ricardo Hernandez; and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Agent/or employer of the Denver Metro Auto Theft Team;

DAVID MICHAUD, individually and in his official capacity as Chairman of the Colorado Board of Parole; as a paid peace officer, as an employee of the Colorado Board and/or the State of Colorado; and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Jefferson County and/or the Denver Metro Auto Theft Team;

BECKY R. LUCERO, individually and in her official capacity as Chairman of the Colorado Board of Parole and/or the State of Colorado; and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Jefferson County and/or the Denver Metro Auto Theft Team;

MICHAEL E. ANDERSON, individually and in his official capacity as Vice-Chair of the Colorado Board of Parole and/or the State of Colorado; and/or as an agent of the

Arvada Police Department and/or the City of Arvada and/or Jefferson County and/or the Denver Metro Auto Theft Team;

DEBORAH C. ALLEN, individually and in her capacity as board member of the Colorado Board of Parole and/or the State of Colorado and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Jefferson County and/or the Denver Metro Auto Theft Team;

MICKEY HECKENBACH, individually and in her capacity as board member of the Colorado Board of Parole and/or the State of Colorado and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Jefferson County and/or the Denver Metro Auto Theft Team ;

REBECCA L. OAKES, individually and in her capacity as board member of the Colorado Board of Parole and/or the State of Colorado and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Jefferson County and/or the Denver Metro Auto Theft Team ;

CELESTE M. QUINONES, individually and in her capacity as board member of the Colorado Board of Parole and/or the State of Colorado and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Jefferson County and/or the Denver Metro Auto Theft Team ;

COLORADO BOARD OF PAROLE, as an agency and/or instrumentality of the State of Colroado; David Michaud, Becky L. Lucero, Michael E. Anderson, Deborah C. Allen, Mickey Hechenbach, Rebecca L. Oakes and Celeste M. Quinones and/or as an agent of the Arvada Police Department and/or the City of Arvada and/or Jefferson County and/or the Denver Metro Auto Theft Team;

STATE OF COLORADO, in its capacity as a governmental entity; as the employer of Investigator Billy Mayfield, Investigator Zach Murray, Investigator Scott Beauvais, Investigator Kelly Pickering, Investigator William Brian Sandy, David Michaud, Becky L. Lucero, Michael E. Anderson, Deborah C. Allen, Mickey Hechenbach, Rebecca L. Oakes and Celeste M. Quinones; and in its capacity as an insured under mandatory liability insurance issued pursuant to Colorado Law; and as agent and/or employer of the Denver Metro Auto Theft Team;

DENVER METRO AUTO THEFT TEAM, in its capacity as a public entity; and

JOHN DOES 1-30, whose names and identities are unknown, individually and in their capacity as governmental officers or employees; peace officers; and/or agents of the Arvada Police Department and/or the City of Arvada and/or the State of Colorado and/or the United States of America,

    Defendants.

### ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS, KELLY PICKERING, RICARDO HERNANDEZ, ROBERT WILSON, AND UNNAMED DEA AGENTS DEFENDANTS ACTING IN THEIR OFFICIAL CAPACITY AS UNITED STATES DRUG ENFORCEMENT ADMINISTRATION TASK FORCE OFFICERS

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal Without Prejudice of Kelly Pickering, Ricardo Hernandez, Robert Wilson, and Unnamed DEA Agents Defendants Acting in Their Official Capacity as United States Drug Enforcement Administration Task Force Officers** [#169][1] filed July 5, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that defendants, Kelly Pickering, Ricardo Hernandez, Robert Wilson and unnamed DEA Agents defendants acting in their official capacity as United States Drug Enforcement Administration Task Force officers, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal Without Prejudice of Kelly Pickering, Ricardo Hernandez, Robert Wilson, and Unnamed DEA Agents Defendants Acting in Their Official Capacity as United States Drug Enforcement Administration Task Force Officers** [#169] filed July 5, 2011, is **APPROVED**;

2. That plaintiff's claims against defendants, Kelly Pickering, Ricardo Hernandez, Robert Wilson and unnamed DEA Agents defendants acting in their official capacity as United States Drug Enforcement Administration Task Force officers, are **DISMISSED**

---

[1] "[#169]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**WITHOUT PREJUDICE**; and

   3.  That defendants, Kelly Pickering, Ricardo Hernandez, Robert Wilson and unnamed DEA Agents defendants acting in their official capacity as United States Drug Enforcement Administration Task Force officers, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

   Dated July 6, 2011, at Denver, Colorado.

                **BY THE COURT:**

                */s/ Robert E. Blackburn*
                Robert E. Blackburn
                United States District Judge