**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00490-REB-BNB

DARRELL HAVENS,

     Plaintiff,

v.

DETECTIVE WILLIAM JOHNSON, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Arvada Police Department and the City of Arvada, et al.,

     Defendants.

**ORDER DENYING MOTION TO CONSOLIDATE**

**Blackburn, J.**

This matter is before me on the **Plaintiff's Motion To Consolidate Case Number 11-cv-490 Into Case Number 09-cv-1380 and Accept the Second Amended Complaint Filed in 11-cv-490 Nunc Pro Tunc in 09-cv-1380 as of June 4, 2009, the Date 09-cv-1380 Was Filed** [#182][1] filed July 15, 2011. The motion is denied.

The plaintiff seeks to consolidate the above-captioned case with a case filed by the plaintiff in 2009, 09-cv-01380-MSK-MEH. In 09-cv-01380-MSK-MEH, judgement [#75] entered in favor of the defendants and against the plaintiff on August 25, 2010. The plaintiff filed a motion to reconsider [#76] in 09-cv-01389-MSK-MEH, but the judgment [#75] remains in effect, and the case is closed. On this basis alone, I conclude that consolidation is not appropriate. I note further that under

---

[1] "[#182]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

D.C.COLO.LCivR 42.1, a motion to consolidate is directed to "the district judge to whom the oldest numbered case involved in the proposed consolidation is assigned for trial." The plaintiff did not file a motion to consolidate in 09-cv-01389-MSK-MEH. Even if consolidation were appropriate, the plaintiff failed to direct his motion to consolidate to the judge with authority to consolidate the two cases.

**THEREFORE, IT IS ORDERED** that the **Plaintiff's Motion To Consolidate Case Number 11-cv-490 Into Case Number 09-cv-1380 and Accept the Second Amended Complaint Filed in 11-cv-490 Nunc Pro Tunc in 09-cv-1380 as of June 4, 2009, the Date 09-cv-1380 Was Filed** [#182] filed July 15, 2011, is **DENIED**.

Dated July 19, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

2