**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00490-REB-BNB

DARRELL HAVENS,

    Plaintiff,

v.

DETECTIVE WILLIAM JOHNSON, individually and in his capacity as a paid peace officer and as an employee and/or agent of the Arvada Police Department and the City of Arvada, et al.,

    Defendants.

## MINUTE ORDER[1]

The matter is before the court *sua sponte*. On August 29, 2011, the plaintiff filed the following responses to various motions to dismiss:

- **Response To City of Lone Tree and Lone Tree Police Department's Motion To Dismiss** [#224][2];

- **Response to Arvada Defendants Motion To Dismiss Plaintiff's Second Amended Complaint Pursuant To Fed. R. Civ. P. 12(b)(6)** [#225];

- **Response** (sic) **Mountain View Defendants' Motion To Dismiss Plaintiff's Second Amended Complaint** [#226];

- **Response To Defendants Hernandez and Pickering's Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6)** [#227];

- **Plaintiff's Response To The State of Colorado's Motion To Dismiss Second Amended Complaint (Doc No. 149) Pursuant To Fed. R. Civ. P. 12(b)(1) and 12 (b)(6)** [#228] and

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2]"[#224]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

- **Response To Denver Defendants' Motion To Dismiss Second Amended Complaint** [#229]

All responses are in excess of this court's practice standard, REB Civ. Practice Standard V.B.1.

**THEREFORE, IT IS ORDERED** that responses #224, #225, #226, #227, #228, and #229, are **STRICKEN**.

Dated:  August 30, 2011